# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

ROBIN DEXTER, DANIEL DEXTER,,

                Plaintiffs,

 v.

UNITED RECOVERY SYSTEMS, L.P.,
JOHN DOE
Also Known As Jimmy O'Dell,

              Defendants.

Case No. 3:11-cv-302 (CSH)

**ORDER**

HAIGHT, Senior District Judge:

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before September 21, 2011.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before September 21, 2011.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is SO ORDERED.

Dated: New Haven, Connecticut
     August 24, 2011

                             /s/ Charles S. Haight, Jr.
                          SENIOR UNITED STATES DISTRICT JUDGE